874 A.2d 1149

Philip J. SMYTHE, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

May 16, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of May, 2005, the Order of the Commonwealth Court is hereby AFFIRMED. Appellant's Motion to Supplement Brief with New Exculpatory Evidence is DENIED.